UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | §   NO:   AU:25-CR-00341(1)-RP |
| | § |
| (1) Luis Alonso Murillo-Alvarenga | § |

**<u>ORDER</u>**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 21, 2025, wherein the defendant Murillo-Alvarenga waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Murillo-Alvarenga to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Murillo-Alvarenga's plea of guilty to Count 1 of the Indictment is accepted.

Signed this 8th day of September, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE